**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN RITCHIE BOGAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 18-0457-JPR<br><br>**JUDGMENT** |

　　For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case is DENIED; (2) the Commissioner's request for an order affirming her final decision and dismissing the action with prejudice is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: April 11, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE